UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| STEVEN PEREZ § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. C-10-246 |
| § | |
| UNITED STATES OF AMERICA, et al. § | |

## MEMORANDUM OPINION AND ORDER DENYING MOTION TO AMEND COMPLAINT TO ADD PARTIES

Plaintiff seeks by motion to amend his complaint to add Sylvia Peterson, Warden Barbosa, Warden Monroe, and V. Barrow, officials at the Connally Unit, as defendants because these persons are violating his right of access to the courts and interfering with his ability to mail documents to this court (D.E. 17).

Leave to amend should be freely granted, unless the amendment would be futile. Central Laborers' Pension v. Integrated Elec., 497 F.3d 546 (5th Cir. 2007). Plaintiff seeks injunctive relief against officials of the Connally Unit. The Connally Unit is located in Karnes County. Karnes County is in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). The events about which plaintiff complains occurred there, the defendants are located there, and any civil rights lawsuit against those individuals and related to those events must be filed there. 28 U.S.C. 1391. Plaintiff may pursue relief against those individuals by filing a lawsuit in the San Antonio Division of the Western District of Texas. Amendment of the complaint in this case would be futile.

In any event, plaintiff has suffered no harm.  He has missed no deadlines in this case, and does not appear to have been hampered from bringing motions in this case or in any of his litigation pending in this Court.

Accordingly, plaintiff's motion for leave to amend (D.E. 17) is denied.

ORDERED this 8th day of July, 2011.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE